UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN SALEHI,<br><br>    Plaintiff,<br><br>v.<br><br>LAKEVIEW TERRACE HOMEOWNERS ASSOCIATION,<br><br>    Defendant. | Case No. 22-cv-02662-JSW<br><br>**ORDER DIRECTING DEFENDANT TO SHOW CAUSE WHY MOTION SHOULD NOT BE GRANTED AS UNOPPOSED AND INSTRUCTIONS TO PLAINTIFF**<br><br>Re: Dkt. No. 11 |

This matter is scheduled for a hearing on June 17, 2022 to consider Plaintiff's motion for a preliminary injunction to require Defendant to accommodate Plaintiff's disability by designating a parking space for Plaintiff's use in front of his residence. Defendant has not yet appeared and, thus, has not opposed the motion within the time required under the Local Rules. According to the docket, Plaintiff purportedly served Defendant with the summons, amended complaint, and the motion or about May 9, 2022.

The Court VACATES the hearing on the motion and HEREBY ORDERS Defendant to show cause why Plaintiff's motion should not be granted as unopposed. Defendant's response to this Order to Show Cause shall be due by June 8, 2022.

If Defendant seeks to file a belated opposition brief, it shall show good cause for its failure to comply with the Northern District Civil Local Rules and shall submit a proposed opposition brief with that reques. If the Court grants a request to late file an opposition, it will set a further deadline for Plaintiff to file a reply. If the parties have resolved this matter, Plaintiff shall file a notice of settlement forthwith.

It is FURTHER ORDERED that Plaintiff shall serve a copy of this Order on the Defendant

and shall file proof of service by no later than May 27, 2022.

**IT IS SO ORDERED**.

Dated: May 25, 2022

_____
JEFFREY S. WHITE
United States District Judge