UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN SALEHI,<br><br>    Plaintiff,<br><br>v.<br><br>LAKEVIEW TERRACE HOMEOWNERS ASSOCIATION,<br><br>    Defendant. | Case No. 22-cv-02662-JSW<br><br>**TRIAL SCHEDULING ORDER**<br><br>Re: Dkt. No. 44 |

The Court has received the parties' joint case management conference and their proposed schedule. The Court ADOPTS the joint case management conference statement and schedule, except as expressly modified herein. The parties have selected a date to hear dispositive motions that does not comport with this Court's civil law and motion calendar, which is heard on Fridays at 9:00 a.m. The parties also proposed a pretrial date that does not comport with its pretrial calendar, which is heard on Mondays at 2:00 p.m. Finally, given the Court's pretrial deadlines and filing requirements, the parties have not left sufficient time between their proposed date to hear dispositive motions and the final pretrial conference.

**A.    Dates.**

| | |
|---|---|
| Deadline to disclose and exchange expert reports: | February 1, 2023 |
| Deadline to complete fact and expert discovery: | March 31, 2023 |
| Deadline to **hear** dispositive motions: | May 19, 2023 at 9:00 a.m. |
| Final Pretrial Conference: | July 24, 2023 at 2:00 p.m. |
| Jury Selection: | August 9, 2023 at 8:00 a.m. |
| Jury Trial: | August 14, 2023 at 8:00 a.m. |

**B.     Discovery.**

The parties are reminded that a failure voluntarily to disclose information pursuant to Federal Rule of Civil Procedure 26(a) or to supplement disclosures or discovery responses pursuant to Rule 26(e) may result in exclusionary sanctions.  Thirty days prior to the close of non-expert discovery, lead counsel for each party shall serve and file a certification that all supplementation has been completed.

**C.     Alternative Dispute Resolution.**

This matter is referred to court-connected mediation, to be conducted by December 30, 2022, if possible.  The parties shall promptly notify the Court whether the case is resolved at the mediation.

**D.     Procedure for Amending this Order.**

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil. L. R. 7-1 upon a showing of very good cause.  A motion may take the form of a stipulation and proposed order pursuant to Civil L.R. 7-1(a)(5) and Civil L.R. 7-12, but the parties may not modify the pretrial schedule by stipulation without a Court order.  If the modification sought is an extension of a deadline contained herein, the motion must be brought before expiration of that deadline.  A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk.  The only discovery schedule that the Court will enforce is the one set in this order.  Additionally, briefing schedules that are specifically set by the Court may not be altered by stipulation without a Court order; rather the parties must obtain leave of Court.

**IT IS SO ORDERED**.

Dated: September 26, 2022

_____
JEFFREY S. WHITE
United States District Judge