LISA R. ROBERTS (State Bar No. 141171)
lisa.roberts@mcnamaralaw.com
McNAMARA, AMBACHER, WHEELER,
HIRSIG & GRAY LLP
3480 Buskirk Avenue, Suite 250
Pleasant Hill, CA 94523
Telephone: (925) 939-5330
Facsimile:  (925) 939-0203

Attorneys for Defendant
LAKEVIEW TERRACE HOMEOWNERS ASSOCIATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HASSAN SALEHI, <br><br> Plaintiff, <br><br> vs. <br><br> LAKEVIEW TERRACE HOMEOWNERS ASSOCIATION, a California non-profit mutual benefit corporation, <br><br> Defendant. | Case No. 4:22-CV-02662-JSW <br><br> **STIPULATION AND [PROPOSED] ORDER DISMISSING ENTIRE ACTION, WITH PREJUDICE** |

**TO THE HONORABLE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Plaintiff HASSAN SALEHI (hereafter the "party"), by and through his counsel of record, and defendant LAKEVIEW TERRACE HOMWOWNERS ASSOCIATION, and its counsel of record, hereby stipulate and jointly request an Order from the Court for a dismissal of the Plaintiff's Complaint and the entire action, against all Defendants, with prejudice, in view of the settlement of this action and receipt of the consideration for said settlement. Each party agrees to bear its own fees and costs as to this dismissal.

The parties attest that concurrence in the filing of these documents has been obtained from each of the other Signatories, which shall serve in lieu of their signatures on the document.

///

STIPULATION AND [PROPOSED] ORDER DISMISSING
ENTIRE ACTION, WITH PREJUDICE
4:22-CV-02662-JSW

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

Dated: December 6, 2022         LAW OFFICE OF MICHAEL TSIVYAN

/s/ Michael Tsivyan
_____
Michael Tsivyan
Attorneys for Plaintiff
HASSAN SALEHI

Dated: November 21, 2022        McNAMARA, AMBACHER, WHEELER, HIRSIG & GRAY LLP

By: /s/ Lisa R. Roberts
_____
Lisa R. Roberts
Attorneys for Defendant
LAKEVIEW TERRACE HOMEOWNERS ASSOCIATION

## ORDER

**PURSUANT TO STIPULATION, IT IS ORDERED AS FOLLOWS:**

The Court hereby dismisses this entire action, with prejudice, as to all claims alleged by Plaintiff. Each party to bear its own fees and costs.

**IT IS SO ORDERED**

Dated: December 6, 2022

*Jeffrey S White*
_____
Hon. Jeffrey S. White
United States District Judge